UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMY DAWN RICHARDS,

    Plaintiff,

v.

                                      Case No. 14-11356

COMMISSIONER OF SOCIAL
SECURITY,

                                      Hon. John Corbett O'Meara

    Defendant.
_____/

**ORDER GRANTING MOTION FOR
AUTHORIZATION OF ATTORNEY FEES**

    Before the court is Plaintiff's motion for authorization of attorney fees pursuant to 42 U.S.C. § 406(b). Although the Commissioner cannot stipulate to such an award, she has no objection to the attorney fees requested by Plaintiff's counsel.

    Having reviewed Plaintiff's motion, the court finds that Plaintiff's request for $9,093.50 in fees is appropriate and in compliance with §406(b). Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED and Plaintiff's request for $9,093.50 in fees is approved.

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date:  February 11, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, February 11, 2016, using the ECF system.

s/William Barkholz  
Case Manager